NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: reyesf@earthlink.net

Attorney for Defendant
FABIAN SERNA-VALENZUELA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00204-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| FABIAN SERNA-VALENZUELA, | |
| Defendant. | |

Defendant, FABIAN SERNA-VALENZUELA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through, KIRK E. SHERRIFF, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, January 26, 2015, at 10:00 a.m. be continued to Monday, March 2, 2015 at 10:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 12-09-14

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: 12-10-14                          /s/ Kirk E. Sherriff
                                         KIRK E. SHERRIFF
                                         Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   December 10, 2014            _____
                                         SENIOR DISTRICT JUDGE