| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MIA A. GIACOMAZZI<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>FABIAN SERNA VALENZUELA,<br><br>　　　　　Defendant. | CASE NO. 1:14-CR-00204-AWI-BAM-1<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Fabian Serna-Valenzuela, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Fabian Serna-Valenzuela interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:
   a. Samsung cell phone Model SCH-S738C;
   b. Dell OptiPlex GX620 S/NX11-45371;
   c. LG/Metro PCS cell phone model LGMS323;
   d. Nikon Coolpix L28 camera;
   e. Sony Cyber-Shot DSC WX80 camera;
   f. Dell Desktop S/N C1XH4K1
   g. HP Photosmart 7520 Scanner/Printer;
   h. SwinglineGBC Laminator; and

       i. GBC Heatseal H220 Laminator

    2. The above-listed assets represent any property real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly as a result of the commission of a violation of 18 U.S.C. § 371.

    3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection in their secure custody and control.

    4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.§ 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of The Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §

///

///

981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: January 5, 2015

_____
SENIOR DISTRICT JUDGE